# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 173.26.104.29 | Mediacom Communications | 2011-04-24 06:51:50 AM |
| 207.181.222.32 | RCN Corporation | 2011-04-23 06:40:12 AM |
| 24.1.232.115 | Comcast Cable Communications | 2011-04-28 06:10:08 AM |
| 24.15.132.56 | Comcast Cable Communications | 2011-04-25 07:01:26 PM |
| 24.15.63.20 | Comcast Cable Communications | 2011-04-28 07:21:02 PM |
| 64.53.227.122 | WideOpenWest Finance | 2011-05-02 09:17:49 PM |
| 67.159.45.48 | FDCservers.net | 2011-04-22 08:19:51 PM |
| 71.194.140.92 | Comcast Cable Communications | 2011-04-23 04:04:55 PM |
| 75.11.159.228 | AT&T Internet Services | 2011-05-03 05:54:04 AM |
| 75.22.207.50 | AT&T Internet Services | 2011-04-28 11:23:49 AM |
| 76.206.16.9 | AT&T Internet Services | 2011-05-08 08:18:34 AM |
| 98.206.149.103 | Comcast Cable Communications | 2011-04-24 10:07:56 AM |
| 98.213.160.78 | Comcast Cable Communications | 2011-05-03 12:07:25 AM |
| 98.213.72.159 | Comcast Cable Communications | 2011-04-25 08:43:28 PM |
| 98.222.23.51 | Comcast Cable Communications | 2011-04-28 06:10:08 AM |
| 98.228.227.162 | Comcast Cable Communications | 2011-05-10 06:44:54 AM |